UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON PUBLISHING COMPANY, a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>eEMERGENCE, INC., a New York corporation; and JOHN BOCK, an individual,<br><br>　　　　　Defendants. | NO. CV08-0189 JLR<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

　　　　Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice.

　　　　DATED this 20th day of March, 2008.

　　　　　　　　　　　　　　　　TOUSLEY BRAIN STEPHENS, PLLC


　　　　　　　　　　　　　　　　By: /s/ Chase C. Alvord, WSBA #26080
　　　　　　　　　　　　　　　　　　Chase C. Alvord, WSBA #26080
　　　　　　　　　　　　　　　　　　Email: calvord@tousley.com
　　　　　　　　　　　　　　　　　　Tousley Brain Stephens PLLC
　　　　　　　　　　　　　　　　　　1700 Seventh Avenue, Suite 2200
　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　T: 206.682.5600
　　　　　　　　　　　　　　　　　　F: 206.682.2992
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Washington Publishing Company*

NOTICE OF DISMISSAL WITHOUT PREJUDICE
(CV 08-0189JLR) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Dockets.Justia.com